ACCEPTED
03-14-00117-CV
5192913
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 1:06:18 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00117-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/7/2015 1:06:18 PM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS AT AUSTIN

**NASH JESUS GONZALES
AND GONZALES & GONZALES, P.C.,**

**APPELLANTS**

**v.**

**MARISSA ANN GONZALES,**

**APPELLEES**

**From the 200th District Court , Travis County Texas
The Honorable Lora J. Livingston, Presiding
Trial Court No. D-1-FM-11-005140**

## UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANTS' REPLY BRIEF

TO THE HONORABLE COURT OF APPEALS:

This is Appellants Nash Jesus Gonzales and Gonzales & Gonzales, P.C.'s Unopposed Motion to Extend Time to File Appellants' Reply Brief by which they request a 20 day extension of time in which to file their Reply Brief. TEX. R. APP. P. 10.5(b), 38.6(d). In support of this request, Appellants would show the Court the following:

1. The deadline for filing the Appellants' Reply Brief is Thursday, May 7, 2015;

2. The length of the extension sought is twenty days to Wednesday, May 27, 2015;

3. Appellants reasonably need the extension of time for the following reasons.

   Appellants need the additional time because the undersigned attorney, the lawyer responsible for drafting the Reply Brief, was unable to devote the necessary time to complete it before it is due to be filed as a result of other pre-scheduled matters on Counsel's docket during the time in which the Brief was to be prepared and filed, including a full day mediation in Austin, preparation for bench trial (though trial was continued due to other matters on the Court's docket), a second mediation in Dallas, and Counsel's all day participation in the Collin County 8th Grade Mock Trial Program as a Coordinator. As a result of these and other time-consuming matters that are less readily identifiable because they do not consume large blocks of time individually but do when taken together, Counsel was unable to devote the time necessary to preparing Appellants Nash Jesus Gonzales and Gonzales & Gonzales, P.C.'s Appellants' Reply Brief and needs the additional time past the due date to prepare the Brief.

4. No previous extension regarding the deadline for filing the Appellant's Reply Brief has been sought or granted.

5. As reflected in the Certificate of Conference, this relief is unopposed Appellee.

   For these reasons, Appellants Nash Jesus Gonzales and Gonzales & Gonzales, P.C. request that this Court grant an extension of twenty days, to and including Wednesday, May 27, 2015, for filing their Appellant' Reply Brief.

Respectfully submitted,

/s/ Thomas B. Cowart
Thomas B. Cowart
Texas Bar No. 00787295
Wasoff & Cowart, PLLC

100 North Central Expressway, Suite 100
Richardson, Texas 75080
Phone: 214-692-9700
Fax: 214-550-2674
email: tom@tcowart.com

Attorneys for Appellants Nash Jesus Gonzales
and Gonzales & Gonzales, P.C.

## CERTIFICATE OF CONFERENCE

This is to certify that I conferred via email with Mr. Wilson Shirley attorney for Appellee concerning the relief sought in this motion. Mr. Burnett advised me that Appellee is **unopposed** to the relief requested herein.

/s/ Thomas B. Cowart
Thomas B. Cowart

## CERTIFICATE OF SERVICE

This is to certify that on May 7, 2015, a true and correct copy of this Unopposed Motion to Extend Time to File Appellants' Reply Brief was served upon the following via the efile system:

C. Wilson Shirley III
wilson@ssjmlaw.com
Jessica Marcoux Hall
jessica@ssjmlaw.com
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
512-347-1604
512-347-1676 Facsimile

Attorneys for Appellee Marissa Ann Gonzales

/s/ Thomas B. Cowart
Thomas B. Cowart